NORTHFIELD HOMES, INC., APPELLANT, *v.* VILLAGE OF NORTHFIELD, APPELLEE.

[Cite as *Northfield Homes, Inc. v. Northfield* (1998), 81 Ohio St.3d 259.]

(No. 97–2531—Submitted February 18, 1998—Decided March 11, 1998.)

*Kenneth J. Fisher Co., L.P.A., Kenneth J. Fisher* and *Robert G. Mansour; Williams & Batchelder* and *William G. Batchelder III,* for appellant.

*Joseph W. Diemert, Jr.,* Director of Law, and *Bradric T. Bryan,* Assistant Director of Law, for appellee.

The judgment of the court of appeals is affirmed on the authority of *Goldberg Cos., Inc. v. Richmond Hts. City Council* (1998), 81 Ohio St.3d 207, 690 N.E.2d 510, decided today.

260

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.